UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE A. BARNES,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 16-13714

Paul D. Borman
United States District Judge

Stephanie Dawkins Davis
United States Magistrate Judge

### ORDER (1) ADOPTING MAGISTRATE JUDGE DAVIS'S MARCH 6, 2018 REPORT AND RECOMMENDATION, (ECF NO. 19), (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT(ECF NO. 18), (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 16), and (4) AFFIRMING THE FINDINGS OFTHE COMMISSIONER

On March 6, 2018, Magistrate Judge Stephanie Dawkins Davis issued a Report to Recommendation Grant Defendant's Motion for Summary Judgment, Deny Plaintiff's Motion for Summary Judgment, and Affirm the findings of the Commissioner in this action challenging the Commissioner's final decision to deny Plaintiff's application for Disability Insurance Benefits. (ECF No. 19, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d),

1

the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 16), GRANTS Defendant's Motion for Summary Judgment (ECF No. 18), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 26, 2018

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 26, 2018.

                                                  s/Deborah Tofil
                                                  Case Manager